B6F (Official Form 6F) (12/07)

| | | |
|---|---|---|
| In re | **Dennis Keith Olsen,**<br>**Susan Joan Kendall-Olsen** | Case No. **6:14-bk-23600** |
| | Debtors | |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>(See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx9001**<br><br>**Bb&T**<br>**Po Box 1847**<br>**Wilson, NC 27894** | | C | **Opened 10/26/05  Last Active  3/28/07**<br>**Real Estate Junior Liens** | | | | 0.00 |
| Account No. **xxxxxxxxxx9002**<br><br>**Bb&T**<br>**Po Box 1847**<br>**Wilson, NC 27894** | | C | **Opened 10/28/05  Last Active 11/15/06**<br>**Real Estate Junior Liens** | | | | 0.00 |
| Account No. **xxxxxxxxx0950**<br><br>**Bb&T**<br>**Po Box 2027**<br>**Greenville, SC 29602** | | C | **Opened 10/31/05  Last Active  1/30/07**<br>**Real Estate Mortgage** | | | | 0.00 |
| Account No. **xxxxx1639**<br><br>**Bk Of Amer**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | | C | **Opened 11/07/06  Last Active  9/01/11**<br>**HELLOC on Foreclosed Property in MD** | | | | 128,418.00 |

__11__  continuation sheets attached

Subtotal  
(Total of this page) **128,418.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dennis Keith Olsen,**  
 **Susan Joan Kendall-Olsen**  
,  
Debtors

Case No. __**6:14-bk-23600**__

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx3525** <br><br> **Bk Of Amer** <br> **4161 Piedmont Pkwy** <br> **Greensboro, NC 27410** | | C | **Opened 3/23/07 Last Active 10/13/11** <br> **Real Estate Mortgage** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx6851** <br><br> **Bk Of Amer** <br> **Po Box 17054** <br> **Wilmington, DE 19850** | | H | **Opened 8/14/95 Last Active 9/14/04** <br> **Credit Card** | | | | **Unknown** |
| Account No. **xxxxxxxx0360** <br><br> **Cbusasears** <br> **133200 Smith Rd** <br> **Cleveland, OH 44130** | | W | **Opened 12/01/85 Last Active 1/01/06** | | | | **0.00** |
| Account No. **xxxxx1518** <br><br> **Cbusasears** <br> **133200 Smith Rd** <br> **Cleveland, OH 44130** | | W | **Opened 12/01/85 Last Active 4/01/05** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx4076** <br><br> **Ccmk/Cbna** <br> **Po Box 6497** <br> **Sioux Falls, SD 57117** | | W | **Opened 11/11/08** <br> **Credit Card** | | | | **0.00** |

Sheet no. __**1**__ of __**11**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

In re **Dennis Keith Olsen,**
**Susan Joan Kendall-Olsen** , Case No. **6:14-bk-23600**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx5885**<br><br>**Ccmk/Cbna**<br>**Po Box 6497**<br>**Sioux Falls, SD 57117** | | H | **Opened 11/12/08**<br>**Credit Card** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx9939**<br><br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | W | **Opened 4/30/05 Last Active 9/01/13**<br>**Charge Account** | | | | **27,879.00** |
| Account No. **xxxxxxxxxxxx5125**<br><br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | H | **Opened 5/05/05 Last Active 8/31/14** | | | | **7,475.00** |
| Account No. **xxxxxxxxxxxx8100**<br><br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | H | **Opened 12/17/04 Last Active 9/02/05**<br>**Credit Card** | | | | **0.00** |
| Account No. **xxxxxx3307**<br><br>**Chase**<br>**1 Chase Sq**<br>**Rochester, NY 14643** | | C | **Opened 2/23/04 Last Active 2/28/05**<br>**Home Equity Line Of Credit** | | | | **0.00** |

Sheet no. **2** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **35,354.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Dennis Keith Olsen,**            Case No. **6:14-bk-23600**
     **Susan Joan Kendall-Olsen**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3410** <br><br> **Chase Manhattan Mtge** <br> **Po Box 24696** <br> **Columbus, OH 43224** | | C | Opened 2/18/04 Last Active 2/23/05 <br> Real Estate Mortgage | | | | 0.00 |
| Account No. **xxxxxxxxxxx3503** <br><br> **Chase/Cc** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | | H | Opened 1/13/95 Last Active 1/12/04 <br> Credit Card | | | | 0.00 |
| Account No. **xxxxxxxx3439** <br><br> **Citi** <br> **Po Box 6241** <br> **Sioux Falls, SD 57117** | | H | Opened 7/01/97 Last Active 9/01/04 <br> Credit Card | | | | 0.00 |
| Account No. **xxxxxx8687** <br><br> **Citi/Shell** <br> **Po Box 6497** <br> **Sioux Falls, SD 57117** | | W | Opened 7/31/01 Last Active 8/22/14 <br> Credit Card | | | | 1,757.00 |
| Account No. **xxxxxxxxxx3735** <br><br> **Comenity Bank/Lnbryant** <br> **Po Box 182789** <br> **Columbus, OH 43218** | | W | Opened 4/24/96 Last Active 1/11/04 <br> Charge Account | | | | 0.00 |

Sheet no. __3__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,757.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Dennis Keith Olsen,**  
     **Susan Joan Kendall-Olsen**   Case No. **6:14-bk-23600**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cornwell Law, LLC**<br>**2411 Crofton Ln.**<br>**ste 2A**<br>**Crofton, MD 21114** | | C | **2013-2014**<br>**Legal Services** | | | | **35,000.00** |
| Account No. **xxxxxxxxxxxx4957**<br><br>**Credit One Bank Na**<br>**Po Box 98875**<br>**Las Vegas, NV 89193** | | H | **Opened 4/30/14  Last Active 8/01/14**<br>**Credit Card** | | | | **631.00** |
| Account No. **xxxxxxxxxxxx0630**<br><br>**Emerg**<br>**P.O. Box 723896**<br>**Atlanta, GA 31139-1001** | | H | **Opened 8/01/95  Last Active 9/01/04** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx3980**<br><br>**Emerge/Fnbo**<br>**Po Box 105374**<br>**Atlanta, GA 30348** | | H | **Opened 8/14/95  Last Active 9/14/04**<br>**Credit Card** | | | | **0.00** |
| Account No. **xxxxx2295**<br><br>**Enerbank Usa**<br>**1945 W Parnall Rd Ste 22**<br>**Jackson, MI 49201** | | C | **Opened 1/14/08  Last Active 7/01/14**<br>**Unsecured** | | | | **4,404.00** |

Sheet no. **4** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page) **40,035.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Dennis Keith Olsen,** Case No. **6:14-bk-23600**
**Susan Joan Kendall-Olsen**
,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx9342**<br><br>**Exxmblciti**<br>**Po Box 6497**<br>**Sioux Falls, SD 57117** | | H | **Opened 11/21/89  Last Active 8/17/14**<br>**Credit Card** | | | | **600.00** |
| Account No. **xxxxxx6640**<br><br>**Gmac Mortgage**<br>**Po Box 4622**<br>**Waterloo, IA 50704** | | C | **Opened 11/07/06  Last Active 1/11/07**<br>**Home Equity Line Of Credit** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx2367**<br><br>**Gtwy/Cbna**<br>**Po Box 6497**<br>**Sioux Falls, SD 57117** | | H | **Opened 12/22/03  Last Active 11/21/04**<br>**Charge Account** | | | | **0.00** |
| Account No. **xxxxxxxxxx0001**<br><br>**Infiniti Fin Svcs**<br>**990 W 190th St**<br>**Torrance, CA 90502** | | H | **Opened 6/12/01  Last Active 11/01/04**<br>**Automobile** | | | | **0.00** |
| Account No. **xx-x5012**<br><br>**KMA Emergency Services**<br>**3972 Barranca Prkwy**<br>**Ste J430**<br>**Irvine, CA 92606** | | C | **4/23/2014**<br>**Medical Services** | | | | **2,758.00** |

Sheet no. **5** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **3,358.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Dennis Keith Olsen,**  
      **Susan Joan Kendall-Olsen**                                                              Case No.   **6:14-bk-23600**
                                                            ,
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx3455** <br><br>**Lanebryant** | | W | Opened  4/01/96  Last Active  1/01/04 | | | | 0.00 |
| Account No. **xxxx8045** <br><br>**Mazda Amer Cr** <br>**9009 Caruthers Pkwy** <br>**Franklin, TN 37067** | | C | Opened  1/06/07  Last Active  5/10/07 <br>Automobile | | | | 0.00 |
| Account No. **xxxxxxxx8320** <br><br>**Mcydsnb** <br>**9111 Duke Blvd** <br>**Mason, OH 45040** | | C | Opened  3/01/05  Last Active  8/15/14 <br>Charge Account | | | | 611.00 |
| Account No. **xxxxxxxx1620** <br><br>**Mcydsnb** <br>**9111 Duke Blvd** <br>**Mason, OH 45040** | | H | Opened 8/25/01  Last Active  2/03/05 <br>Charge Account | | | | 0.00 |
| Account No. **xxxxxxxxxxxx4722** <br><br>**Navy Federal Cr Union** <br>**Po Box 3700** <br>**Merrifield, VA 22119** | | H | Opened  3/23/97  Last Active  8/01/14 <br>Credit Card | | | | 20,268.00 |

Sheet no. __6__ of __11__ sheets attached to Schedule of           Subtotal  
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)    **20,879.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Dennis Keith Olsen,**
     **Susan Joan Kendall-Olsen**                                           Case No.  **6:14-bk-23600**
_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx6702**  **Navy Federal Cr Union** **Po Box 3700** **Merrifield, VA 22119** | | H | Opened 7/23/01 Last Active 8/01/14 Check Credit Or Line Of Credit | | | | 12,220.00 |
| Account No. **xxxxxxxxx1501**  **Navy Federal Cr Union** **Po Box 3700** **Merrifield, VA 22119** | | H | Opened 11/23/04 Last Active 7/01/10 Automobile | | | | 0.00 |
| Account No. **xxxxxxxxx1502**  **Navy Federal Cr Union** **Po Box 3700** **Merrifield, VA 22119** | | C | Opened 5/03/07 Last Active 5/01/13 Automobile | | | | 0.00 |
| Account No. **xxxxxxxxxxx2670**  **Onewest Bank** **6900 Beatrice Dr** **Kalamazoo, MI 49009** | | C | Opened 4/04/05 Last Active 12/22/05 Home Equity Line Of Credit | | | | 0.00 |
| Account No. **xxxxxxxxx1686**  **Onewest Bank** **6900 Beatrice Dr** **Kalamazoo, MI 49009** | | C | Opened 3/15/05 Last Active 10/26/06 Real Estate Mortgage | | | | 0.00 |

Sheet no. __7__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **12,220.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dennis Keith Olsen,**  
     **Susan Joan Kendall-Olsen**                               Case No. **6:14-bk-23600**

_____,  
                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx8127<br><br>Sears/Cbna<br>Po Box 6283<br>Sioux Falls, SD 57117 | | W | Opened 12/01/85 Last Active 7/11/03<br>Credit Card | | | | Unknown |
| Account No. xxxxxx5956<br><br>Shell/Citi<br>Po Box 15687<br>Wilmington, DE 19850 | | C | Opened 5/01/84 Last Active 1/01/07 | | | | Unknown |
| Account No. xxxxxxxxxxxx8654<br><br>Syncb/Chevron<br>Po Box 965015<br>Orlando, FL 32896 | | W | Opened 8/08/01<br>Charge Account | | | | 0.00 |
| Account No. xxxxxxxxxxxx7985<br><br>Syncb/Dillards<br>Po Box 965024<br>Orlando, FL 32896 | | W | Opened 6/05/04 Last Active 9/13/04<br>Charge Account | | | | 0.00 |
| Account No. xxxxxxxxxxxx4378<br><br>Syncb/Jcp<br>Po Box 965007<br>Orlando, FL 32896 | | C | Opened 6/02/94 Last Active 6/18/99<br>Charge Account | | | | 0.00 |

Sheet no. **8** of **11** sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Dennis Keith Olsen,**            Case No. **6:14-bk-23600**
     **Susan Joan Kendall-Olsen**
                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx8880<br><br>**Syncb/Jcp**<br>Po Box 965007<br>Orlando, FL 32896 | | H | Opened 10/04/95 Last Active 2/16/00<br>Charge Account | | | | 0.00 |
| Account No. xxxxxxxx1043<br><br>**Syncb/Jcp** | | H | Opened 10/01/95 Last Active 8/01/14<br>Charge Account | | | | **Unknown** |
| Account No. xxxxxxxxxxxx5758<br><br>**Syncb/Mervyns**<br>Po Box 965005<br>Orlando, FL 32896 | | C | Opened 11/09/91<br>Charge Account | | | | 0.00 |
| Account No. xxxxxxxxxxxx6754<br><br>**Syncb/Sams Club**<br>Po Box 965005<br>Orlando, FL 32896 | | H | Opened 6/27/04 Last Active 2/03/05<br>Charge Account | | | | 0.00 |
| Account No. xxxxxxxxxxxx3544<br><br>**Thd/Cbna**<br>Po Box 6497<br>Sioux Falls, SD 57117 | | C | Opened 3/20/05 Last Active 6/09/06<br>Charge Account | | | | 0.00 |

Sheet no. __9__ of __11__ sheets attached to Schedule of                   Subtotal
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dennis Keith Olsen,**   Case No.   **6:14-bk-23600**
       **Susan Joan Kendall-Olsen**
_____,
                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx5107**<br><br>**Usaa Savings Bank**<br>**Po Box 47504**<br>**San Antonio, TX 78265** | | H | **Opened 1/17/02 Last Active 7/01/14** | | | | **15,862.00** |
| Account No. **xxxxxxxxxxxx2580**<br><br>**Usaa Savings Bank**<br>**Po Box 47504**<br>**San Antonio, TX 78265** | | H | **Opened 1/17/02 Last Active 3/22/09**<br>**Credit Card** | | | | **0.00** |
| Account No. **xxxxx7421**<br><br>**Vw Credit Inc**<br>**1401 Franklin Blvd**<br>**Libertyville, IL 60048** | | C | **Opened 2/12/04 Last Active 12/10/06**<br>**Automobile** | | | | **0.00** |
| Account No. **xxxxx5650**<br><br>**Vw Credit Inc**<br>**1401 Franklin Blvd**<br>**Libertyville, IL 60048** | | H | **Opened 5/07/08 Last Active 10/13/11**<br>**Automobile** | | | | **0.00** |
| Account No. **xxxxxxxxx1743**<br><br>**Wells Fargo Hm Mortgag**<br>**8480 Stagecoach Cir**<br>**Frederick, MD 21701** | | C | **Opened 11/07/06 Last Active 10/01/11**<br>**Real Estate Mortgage** | | | | **0.00** |

Sheet no. **10** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **15,862.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Dennis Keith Olsen,**
      **Susan Joan Kendall-Olsen**
                                                                      Case No. __6:14-bk-23600__
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx6270<br><br>Wf Crd Svc<br>Po Box 14517<br>Des Moines, IA 50306 | | W | Opened 6/22/01 Last Active 8/01/06<br>Credit Card | | | | 0.00 |
| Account No. xxxxxxxxxx2523<br><br>Wffinance<br>800 Walnut St<br>Des Moines, IA 50309 | | C | Opened 3/13/05 Last Active 8/01/05<br>Charge Account | | | | 0.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **0.00**

Total
(Report on Summary of Schedules)   **257,883.00**