Conwell Law LLC
2411 Crofton Ln
Ste 2A
Crofton MD 21114