# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Meredith Jury, Presiding
### Courtroom 301 Calendar

**Tuesday, May 24, 2016**                                                                  Hearing Room    **301**

---

**10:00 AM**
**6:14-23600**    Dennis Keith Olsen and Susan Joan Kendall-Olsen                              Chapter 7

#2.00    Order to Show Cause Hearing RE: Why Scott A. Conwell, Esq. dba Conwell Law LLC Should Not Be Held in Contempt of Court for Violation of the Discharge Injunction

                                        Docket    37

**Matter Notes:**

   PLAINTIFFS/MOVANTS:                    DEFENDANTS/RESPONDENTS:

            Cruz

**PROCEEDINGS:**

            Granted; Conwell in contempt
            Damages of attys fees
[ ] CONTINUED
TO_____    ong

(X) ORDER TO FOLLOW                   ( ) TO BE LODGED
(X) NO LODGEMENT NECESSARY

( ) WALK THROUGH    ( ) CHAMBER'S ORDER         $36,000

                                                   punitive

**Judge:**

   EH_____

**Tentative Ruling:**

   - NONE LISTED -

**Party Information**