United States Bankruptcy Court
Central District of California

In re:
Dennis Keith Olsen
Susan Joan Kendall-Olsen
Debtors

Case No. 14-23600-MJ
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-6 User: admin Page 1 of 1 Date Rcvd: Sep 12, 2016
Form ID: pdf042 Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2016.

db +Dennis Keith Olsen, 3711 Fox Plain Rd., Corona, CA 92882-8702
jdb #+Susan Joan Kendall-Olsen, 9329 Amazon Dr., New Port Richey, FL 34655-1663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2016 at the address(es) listed below:

Darlene C Vigil on behalf of Interested Party Courtesy NEF cdcaecf@bdfgroup.com
Jason B Cruz on behalf of Joint Debtor Susan Joan Kendall-Olsen jcruz@jcruzlaw.com, pjstarr@starrparalegals.com
Jason B Cruz on behalf of Debtor Dennis Keith Olsen jcruz@jcruzlaw.com, pjstarr@starrparalegals.com
Karl T Anderson (TR) edansie@hotmail.com, kanderson@ecf.epiqsystems.com
Marian Garza on behalf of Creditor Exeter Finance Corp. ecfnotices@ascensioncapitalgroup.com
Marisol A Nagata on behalf of Creditor Nationstar Mortgage, LLC cdcaecf@bdfgroup.com
Scott A Conwell on behalf of Creditor Conwell Law LLC scott@conwellusa.com
United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

TOTAL: 8

LAW OFFICE OF JASON B. CRUZ
JASON B. CRUZ (SBN 203133)
18 E. State Street, Suite 203
Redlands, California 92373
Telephone: (909) 792-4400
Facsimile: (909) 792-1144
Email: jcruz@jcruzlaw.com

*Counsel for Debtor/Movant Dennis Keith Olsen*




CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**[RIVERSIDE DIVISION]**

| | |
|---|---|
| DENNIS KEITH OLSEN,<br><br>Debtor / Movant,<br><br>vs.<br><br>SCOTT A. CONWELL, ESQ. dba CONWELL LAW LLC,<br><br>Respondent. | CASE NO.: 6:14-bk-23600-MJ<br><br>Honorable Meredith A. Jury<br><br>Chapter 7<br><br>**ORDER FINDING SCOTT A. CONWELL, ESQ. IN CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION AND GRANTING DEBTOR'S MOTION FOR SANCTIONS**<br><br>Date: May 24, 2016<br>Time: 10:00 a.m.<br>Place: Courtroom 301<br>3420 Twelfth Street, Riverside CA 92501 |

The Court, having considered testimony as to why SCOTT A. CONWELL, ESQ. dba CONWELL LAW LLC. should not be held in Contempt for Violation of the Discharge Injunction filed by debtor, DENNIS KEITH OLSEN, hereby **ORDERS** as follows:

SCOTT A. CONWELL, ESQ. is found in Contempt for Violation of the Discharge Injunction;

**IT IS FURTHER ORDERED** that:

1. SCOTT A. CONWELL, ESQ. is ordered to cease and desist any and all actions related to the creation and/or enforcement of Attorney's liens against Debtor's assets, including the dismissal of the Appeal;

2. SCOTT A. CONWELL, ESQ. is ordered to pay damages to Debtor for Debtor's attorneys' fees in connection with the violation of the Discharge Injunction in the amount of **$31,279.10**;

3. SCOTT A. CONWELL, ESQ. is ordered to pay Debtor punitive damages in connection with the violation of the Discharge Injunction in the amount of **$30,000.00**;

4. SCOTT A. CONWELL, ESQ. is ordered to pay the total sum of **$ 61,279.10** made payable to The Law Office of Jason B. Cruz within 30 days of the signing of this Order;

5. This Court will retain jurisdiction over this matter until all funds have been paid;

6. This Court reserves the right to consider such other attorneys' fees and sanctions as may be incurred by the Debtor based upon evidence of continued violations of the discharge injunction.

**IT IS SO ORDERED.**

###

Date: September 12, 2016

Meredith A. Jury
United States Bankruptcy Judge




## LIMITED ENGAGEMENT AGREEMENT - HOURLY FEE

Thank you for the trust you have placed in Kaufman, Englett and Lynd, PLLC (hereafter the "Firm"). We know you had many choices when selecting legal representation and we are honored that you have chosen to work with us. Our goal is always to provide you with the highest quality and most professional legal services at the best possible pricing.

Our service relationship is governed by This Limited Engagement Agreement (hereafter the "Contract"). **Please read this Contract carefully to ensure you understand all of the provisions contained herein.**

A. **FEES:**

1. The Firm will bill against the Contract time allotments in increments for all attorney and paraprofessional time expended on your file. This time will include, **but not be limited to,** time for telephonic contact with you and any others contacted on your behalf, review of mail/ faxes/ emails, legal research, drafting of correspondence and/ or other documents, or drafting of any court papers.

2. The hourly rates for attorneys and paraprofessional fees will be billed as follows:
   a. Partners - $400 per hour;
   b. Associate Attorneys - $250 per hour;
   c. Paralegals - $100 per hour.

   **Alternative Fee Recovery: Should anyone other than KEL's client(s) be required to pay attorney's fees and costs incurred, the hourly rate for attorney's fees would be: 1) $100 per hour for Paralegal Services; 2) $250 per hour for Associate Attorney Services; 3) $275 per hour for Lead Associate Attorney Services; 4) $300 per hour for Senior or Managing Associate Attorney Services; 5) $500 per hour for Partner Services, or such amount as is determined by the Court, whichever is higher.**

B. **PURPOSE OF ENGAGEMENT:**

1. The Firm has been engaged for the following **limited** professional services:
   draft and send demand letter to Conwell Law LLC.

   Consult Attorney: DQV.

2. Client acknowledges that no guarantee can be made nor has been made concerning the outcome of this matter, except that the attorneys will provide competent representation and advice, and will work diligently in protecting my rights and interests and in pursuing my lawful objectives in the proceeding before the Court, to the best of their abilities.

Client Initials ______



C. **INITIAL ESTIMATED CONTRACT:**

1. The Firm will represent you and provide you with professional and paraprofessional services related to the Purpose of Engagement as set forth in **Section B** above for an Initial Estimated Contract in the amount of $ 950 .

2. **This Contract is intended as a true Contract and is fully earned and non-refundable upon engagement of the Firm. Furthermore you hereby acknowledge and agree that this Contract is in no way a guarantee nor is it a promise to satisfy the legal objective of the Purpose of Engagement.**

3. While we will do our best to estimate the total cost of your representation at the time of your initial consultation, there are many unforeseen circumstances that can and often do arise. Within 3 business days of Client's initial meeting with the Firm's assigned file attorney, if deemed necessary, the Firm in its sole discretion may: :

   a. Re-estimate the requested Contract and present adjusted terms to Client for approval; or

   b. Decide to discontinue representation.

   Should the Firm decide to exercise 3.b. above or the Client decide to discontinue the relationship after reviewing the new terms as specified in 3.a., the Firm will refund to Client any funds paid in conjunction with this Contract.

4. You acknowledge that the Firm's Initial Estimated Contract amount is truly an estimation and that the execution of a Supplemental Contract (as outlined in D below) is required in many cases.

5. As true Contracts, the payments made for Initial and/or Supplemental Contracts is nonrefundable even if the firm does not exhaust the Contract amount. For example, if the professional and paraprofessional time expended by the Firm on your matter is less than would be necessary to exhaust the entire Contract, any remaining "balance" of the Contract is non-refundable. One exception to this rule is that the file attorney will make an assessment and determine if the result would be considered excessive. In the event that any portion of the remaining Contract is considered excessive by application of the Firm's policy then in that event, and in that event only, the Client will be entitled to a refund of the amount to be considered excessive.

6. Contracts include only the legal fees associated with your representation. As outlined in the Costs and Fees addendum, you will be required to pay any third party costs associated with your representation separately. The Firm will not advance any third party costs or fees on the client's behalf without written agreement between the two parties.

D. **SUPPLEMENTAL CONTRACTS:**

1. The Firm will log time and fees against your Initial Estimated Contract amount for actual attorney and paralegal time as set forth in Sections A.1. and A.2. above. If the Initial Estimated Contract is exhausted, the client must execute and remit payment for a Supplemental Contract as determined by The Firm. The amount of the Supplemental Contract represents the Firm's best estimate to complete or otherwise resolve your Purpose of Engagement. As aforementioned, the Firm will make best efforts to estimate the total cost of your Supplemental Contract at the time of exhaustion of your Initial Contract, but you acknowledge there may still be unforeseen circumstances that can and often do arise and may require additional Supplemental Contract(s) to be executed.

2. **Remittance of the Supplemental Contract payment must be within 10 business days of notification unless agreed differently in writing by both parties. If Supplemental Contract payment is not**

Client Initials ______

**remitted within the agreed upon period, the Firm reserves the right to terminate this Contract without prior notice to the client unless litigation has commenced, in which case the Firm will proceed to withdraw from client's representation in accordance with applicable law. As a pure Contract, each Contract payment is non-refundable even if the firm does not exhaust the Contract.**

E. **PAYMENT SCHEDULE:**

1. As a service to our clients and in an attempt to make payment for legal services more manageable the Firm offers you, at no additional cost, the ability to split your Initial Estimated Contract into as many as three payments. Should the Firm decide a payment schedule is applicable and should for convenience you elect to accept such plan, if available, you agree to remit funds in the amounts and on or before the dates specified below:

| | | | |
|---|---|---|---|
| Initial payment | $ 950 | Date: 5/12/15 | Initials |
| Payment #2 | $ | Date: | Initials |
| Payment #3 | $ | Date: | Initials |

If at any time, in the course of pursuing your Purpose of Engagement, funds received by the Firm are exhausted prior to the finalization of the payment schedule and/or a case event arises requiring a Supplemental Contract as determined by the Firm, you recognize that the payment schedule above may need to be accelerated, modified or eliminated to ensure continued representation. Payment plans on hourly matters are provided by the Firm solely for Client convenience and are not intended to be relied upon for predictability of funds required by your Purpose of Engagement.

In the event Client becomes delinquent on the payment of fees as set forth in this payment schedule, Client must cure such delinquency within 15 calendar days. If any delinquency is not cured within the allotted time, the Firm will administratively close Client's file. If Client thereafter requests that KEL continue representing Client, an administrative file re-opening charge of $75 will be assessed. Payment of this administrative charge must be made before a file will be re-opened unless waived by the Firm.

If Client's file involves an on-going lawsuit, the Firm will seek formal withdrawal if the delinquency is not cured within the time allotted. During the withdrawal process the Firm will continue to represent Client in the lawsuit but only to the extent ethically required or necessary to reasonably protect Client's interests therein and only until such time as the Court enters an order of withdrawal. *It is expressly understood by Client that the Firm has no obligation to and is not required to agree to reopen and reappear for any file that has been closed after an order of withdrawal has been obtained.*

F. **CONFLICT OF INTEREST:**

1. In the event that the Firm perceives or discovers any conflict of interest whatsoever we shall have the right to immediately halt performance.
2. In the event of any conflict, client acknowledges and consents to the Firm's withdrawal and/ or termination of this contract and any representation of the client by the Firm and its attorneys.

G. **CLIENTS RESPONSIBILITIES:**

1. It is understood between the Client and the Firm that the Client has an ongoing responsibility to remit payments for legal fees and costs, and to provide information as requested by the Firm, in a timely manner to the Firm and its staff for the purposes of properly handling the client's case. In the event that the client fails to remit fee and /or cost payments and/or information in a timely manner the Firm reserves the right to terminate this contract and withdraw from representing the Client. Client further acknowledges that Client has read and understands each provision of this contract or has obtained the advice of counsel prior to executing this contract.

H. **CLIENT CONTACT**

Client Initials ______



1. Please be advised that by signing this agreement you are giving KEL and its related entities permission to contact you in the future, even if your original case has been concluded. The form of this contact may include but is not limited to; phone calls, emails, text messages, letters and flyers.

I. **ANCILLARY SERVICES:**

1. KEL Attorneys is always seeking opportunities to support our clients with ancillary services. For this reason the founders of the law firm have established KEL Real Estate, LLC, KEL Credit Repair, and Residential Property Management, LLC. These companies may or may not benefit you. By executing this contract you are providing authorization for KEL Attorneys to review your file to determine this potential benefit. Where benefit may exist, KEL Attorneys will, with your full knowledge and authorization, release your name, address, phone number and email to one of these service providers. The Provider(s) will independently contact you and initially offer, at **no additional cost,** a telephonic discussion to review and analyze your potential need for their services. Many of these services will carry their own costs and a financial benefit may be realized by the owners and attorneys of KEL Attorneys for the referral. THERE ARE FREQUENTLY OTHER SERVICE PROVIDERS AVAILABLE WITH SIMILAR SERVICES. YOU ARE UNDER NO OBLIGATION TO USE THE SERVICES OF THE AFFILIATED COMPANY, ARE FREE TO OPT OUT OF THIS CONTRACT AND MAY SHOP FOR ALTERNATE PROVIDERS TO DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND THE BEST RATE, and you may wish to seek independent legal counsel before entering into an agreement with an ancillary service provider.

J. **STATEMENTS / UPDATES:**

1. In lieu of delivering regular statements in conjunction with this Contract, progress on your case can be accessed 24/7 via our online client portal. By logging into our secure server with your personal access code you will find a detailed list of the work performed, any upcoming or past milestones, hearings, mediations or other significant events. If you do not have access to the Internet, please alert your paralegal so that we can provide alternate methods to deliver your progress statements.
2. You will be notified via the portal and/or email and/or phone should it be determined by your case attorney that a Supplemental Contract is needed to continue work on your matter, as outlined in Section D of this Contract.

K. **CHOICE OF LAW/VENUE/ARBITRATION/ FEE DISPUTES:**

1. This Contract shall be construed according to the laws of the State of Florida and the venue shall be in Orlando, Orange County Florida. Any dispute between the Parties shall be subject to binding arbitration and each party shall bear their respective attorneys' fees and costs for any arbitration.
2. The decision of the arbitrator shall be binding, final and conclusive and judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction of the parties and subject matter. If the parties are unable to agree as to the selection of an arbitrator, the court will make the determination upon proper notice to the parties.
3. In the event of a fee dispute, enforcement of payment or the required arbitration procedure may be pursued by the Firm, by the filing of a charging lien with the Civil Court. This means that the Court will have continuing jurisdiction to enforce payment of fees.

L. **ENTIRE AGREEMENT**

1. This Contract represents the entire agreement between you and the Firm and shall not be modified or amended by either party unless agreed upon in writing by both parties. The Firm and its attorneys, employees and/ or agents have made no representations to you, and you have not relied on any representations, which are not contained in this Contract or executed addenda.

Client Initials ______

2. The undersigned hereby accepts the terms set forth in this Contract and hereby engages the Law Office of Kaufman, Englett and Lynd, PLLC, as set forth above.

3. **We the undersigned specifically request that the Law Office of Kaufman, Englett and Lynd, PLLC represent the following persons ONLY in our case.**

| | | | |
|---|---|---|---|
| [signature] | 5/12/15 | | |
| Client Signature | Date | Client Signature | Date |
| DENNIS K. OLSEN | | | |
| Print Name | | Print Name | |

Client Initials [initials]



## Kaufman, Englett & Lynd, PLLC

111 N. Magnolia Ave., Suite 1500
Orlando, FL 32801

Statement as of July 30, 2015
Statement No. 296654

Dennis K. Olsen
323 Harbor Drive South
Indian Rocks Beach, FL 33785

15LAW63832:

| Professional Fees | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/21/2015 | K-C | Telephone call with client; memo to file. | 0.4000 | 80.00 | 32.00 |
| 7/27/2015 | K-C | Confer the DC; memo to SH; file review. | 0.4000 | 80.00 | 32.00 |
| 7/30/2015 | K-C | Correspondence to cleint with attachments. | 0.3000 | 80.00 | 24.00 |
| | | | Sub-total Fees: | 88.00 | |

**Rate Summary**

| | | | | |
|---|---|---|---|---|
| Kimberly Cutler | | 1.1000hours at $ | 80.00/hr | 88.00 |
| | Total hours: | 1.1000 | | |

| Payments | | | | |
|---|---|---|---|---|
| 7/27/2015 | Write-off | Write off | | 56.00 |
| | | | Sub-total Payments: 56.00 | |

| | |
|---|---|
| Total Current Billing: | 88.00 |
| Previous Balance Due: | 56.00 |
| Total Payments: | 56.00 |
| **Total Now Due:** | **88.00** |

The Law Office of

# JASON B. CRUZ

Attorney at Law

18 East State Street,
Suite 203
Redlands, California 92373

Telephone: (909) 792-4400
Facsimile: (909) 792-1144
Email: jcruz@jcruzlaw.com

Federal ID No.: 46-1308112

## Billing Statement

Bill to:

Mr. Dennis Olsen

Invoice Date: August 12, 2016
For the period of August 1, 2015
to June 27, 2016

Billing Rates:
Attorney: $375/Hour
Paralegal: $125/Hour

Paralegal Services: $14,237.50
Attorney Services: $6,750
Expense Reimbursement: $328.60
**TOTAL DUE: $21,316.10**

## DETAIL

*Pamela Starr, Paralegal*

| Date | Task | Time | User | Rate | Total |
|---|---|---|---|---|---|
| 8/3/2015 | telephone conference with Mr. Cruz re: Olsen matter | 0.2 | PJS | $ 125.00 | $ 25.00 |
| 8/5/2015 | email correspondence with Mr. Cruz re: Olsen matter | 0.2 | PJS | $ 125.00 | $ 25.00 |



| Date | Task | Time | User | Rate | Total |
|---|---|---|---|---|---|
| 8/10/2015 | telephone conference and email correspondence with Mr. Cruz re: MD state court issues; Motion to Reopen & motion for Sanctions; telephone conference and email correspondence with Mr. Olsen re: outstanding matters/history; requested documents; download and review MD docket to determine status; receipt/review of portions of client documents - request complete documents/filings; setup Dropbox for delivery of documents from Mr. Olsen; | 3.2 | PJS | $ 125.00 | $ 400.00 |
| 8/11/2015 | email correspondence with Mr. Olsen re: additional documentation; receipt/review of grievance against MD attorney; research MD attorney for other grievance actions/sanctions; various attempts to retrieve MD documents online; email correspondence with Mr. Olsen re: any additional documentation; email correspondence with Mr. Cruz re: concerns with MD matter; search for MD paralegal/document retrieval service to obtain copies of MD filings to determine what is due for 8/27 response date | 3.8 | PJS | $ 125.00 | $ 475.00 |
| 8/12/2015 | continued search for MD paralegal/document retrieval service to obtain copies of MD filings; telephone conference with Michele Shipley (MD paralegal), review docket together, determine which documents to request; arrange for retrieval and delivery of documents | 1 | PJS | $ 125.00 | $ 125.00 |
| 8/15/2015 | email correspondence with Ms. Shipley: document retrieval | 0.2 | PJS | $ 125.00 | $ 25.00 |
| 8/17/2015 | email correspondence with document retrieval service re: status; request immediate response | 0.2 | PJS | $ 125.00 | $ 25.00 |
| 8/18/2015 | email correspondence with Ms. Shipley re: alternate sources/resources; email correspondence and left voice mail with document retrieval service re: status; search for alternate retrieval services; email correspondence with various colleagues and potential retrieval services; telephone conferences with clerk's office and IT Help Desk re: online document retrieval options; telephone conference with Valerie Nowottnick (another MD paralegal); email correspondence with Ms. Nowottnick and Mike Molash (Same Day Process Servers/SDPS); forward document request to Mr. Molash; | 4.1 | PJS | $ 125.00 | $ 512.50 |
| 8/19/2015 | email correspondence with Mr. Olsen re: status; receipt/review of MD documents from SDPS; email correspondence with SDPS re: missing documents (specifically everything after 10/2014); telephone conference with Mr. Molash re: missing documents; | 3.2 | PJS | $ 125.00 | $ 400.00 |

| Date | Description | Hours | Atty | Rate | | Amount |
|---|---|---|---|---|---|---|
| | download and forward copy of docket to Mr. Molash; email correspondence with Ms. Nowottnick re: possible reasons for documents to be withheld | | | | | |
| 8/20/2015 | telephone conference and email correspondence with Mr. Molash re: clerk's response to request for 'missing' documents; receipt/review of 'missing' documents; download bankruptcy docket and miscellaneous pleadings; prepare detailed timeline of events/filings; email correspondence with Ms. Nowottnick re: lien process in MD; email correspondence with various attorney colleagues for local counsel referrals; email correspondence with four local counsel candidates; | 5.3 | PJS | $ 125.00 | $ | 662.50 |
| 8/21/2015 | email correspondence with Ms. Nowottnick & Ms. Shipley for local counsel referrals; email correspondence and telephone conference with Jeff Nesson re: MD matter; email correspondence with Mr. Cruz & Mr. Olsen re: 'retention' of local counsel; forward all documents and timeline to Mr. Nesson for review; email correspondence with Mr. Nesson, Cruz & Olsen re: fee agreement; | 2.9 | PJS | $ 125.00 | $ | 362.50 |
| 8/24/2015 | email correspondence with Mr. Nesson re: status; review/revise response; forward revised response to Mr. Nesson | 3.2 | PJS | $ 125.00 | $ | 400.00 |
| | **August 2015 Total** | **27.5** | PJS | **$125.00** | **$** | **3,437.50** |
| 1/13/2016 | telephone conference with Mr. Cruz and email correspondence with Mr. Nesson & Mr. Cruz re: Conwell appeal and next steps | 0.4 | PJS | $ 125.00 | $ | 50.00 |
| 1/19/2016 | email correspondence with Mr. Nesson & Mr. Cruz re: Conwell appeal and next steps | 0.2 | PJS | $ 125.00 | $ | 25.00 |
| 1/21/2016 | email correspondence with Mr. Nesson, Mr. Cruz & Mr. Olsen re: to set calls to discuss Conwell appeal; telephone conference with Mr. Nessom re: state court outcome, Conwell appeal, discuss reopening bankruptcy to stay appeal and file complaint for sanctions; email correspondence with Mr. Nesson, Mr. Cruz & Mr. Olsen memorializing call with M. Nessom; | 1.3 | PJS | $ 125.00 | $ | 162.50 |
| 1/22/2016 | telephone conference with Mr. Olsen to review process; email correspondence with Mr. Cruz re: follow up | 0.5 | PJS | $ 125.00 | $ | 62.50 |
| 1/27/2016 | email correspondence with Mr. Cruz re: follow up and sumary of next steps | 0.4 | PJS | $ 125.00 | $ | 50.00 |
| | **January 2016 Total** | **2.8** | PJS | **$ 125.00** | **$** | **350.00** |



| Date | Description | Hours | Atty | Rate | | Amount |
|---|---|---|---|---|---|---|
| 2/1/2016 | email correspondence with Mr. Nesson & Mr. Cruz re: Siegel v. Federal Home Loan Mortg. Corp | 0.5 | PJS | $ 125.00 | $ | 62.50 |
| 2/5/2016 | email correspondence with Mr. Olsen & Mr. Cruz re: motion to reopen | 0.2 | PJS | $ 125.00 | $ | 25.00 |
| 2/22/2016 | telephone conference with Mr. Olsen to review process; email correspondence with Mr. Cruz re: follow up | 0.5 | PJS | $ 125.00 | $ | 62.50 |
| 2/25/2016 | draft/revise Motion to Reopen & Declarations; forward draft to Mr. Cruz & Mr. Nesson for review; email correspondence with Mr. Nesson re: suggestion of bankruptcy; receipt/review of Mr. Nesson's revisions | 3.3 | PJS | $ 125.00 | $ | 412.50 |
| 2/29/2016 | email correspondence with Mr. Cruz re: Motion to Reopen | 0.2 | PJS | $ 125.00 | $ | 25.00 |
| | **February 2016 Total** | **4.7** | PJS | **$ 125.00** | **$** | **587.50** |
| 3/1/2016 | email correspondence with Mr. Olsen & Mr. Cruz re: status of Motion to Reopen | 0.3 | PJS | $ 125.00 | $ | 37.50 |
| 3/2/2016 | email correspondence with Mr. Olsen & Mr. Cruz re: Motion to Reopen; review local rules and local forms re: noticing requirements and mandatory forms; draft/revise Motion to Reopen & Declarations; draft/revise proposed Order Granting Motion to Reopen; prepare Notice of Lodgment and appropriate Proofs of Service; prepare Notice of Motion /No Hearing; forward declaration to Mr. Olsen for execution | 4.3 | PJS | $ 125.00 | $ | 537.50 |
| 3/4/2016 | receipt of executed declaration; convert jpeg to PDF; review/revise/assemble Notice, Motion, Declarations and Proof of Service; prepare and e-file Motion packet; review/revise/assemble Notice of Lodgment and Proposed Order; prepare and e-file Notice of Lodgment; upload Proposed Order; download and forward copies of filed pleadings/uploaded order and filing confirmations to Mr. Cruz, Mr. Olsen, and Mr. Nesson | 1.8 | PJS | $ 125.00 | $ | 225.00 |

| Date | Description | Hours | Staff | Rate | | Amount |
|---|---|---|---|---|---|---|
| 3/8/2016 | receipt of entered order granting Motion to Reopen; email correspondence with Mr. Cruz, Mr. Nesson, & Mr. Olsen re: next steps; request copies of documents/pleadings from Mr. Nesson; e-mail correspondence with Mr. Nesson re: reimposition of stay; telephone conference with courtroom law clerk re: stay; e-mail correspondence/discussion with Mr. Nesson & Mr. Cruz re: 'implied' stay and law clerk's suggestion of Motion to Reimpose; review local rules and forms re: Motion to Reimpose; forward information to Nesson & Cruz for comment; e-mail correspondence with Mr. Nesson re: Motion to Amend Order to include stay language; review local rules & forms; research & download exemplars of Motions to Reimpose and to Amend Order Reopening Case; prepare and circulate draft Motion to Amend and proposed order; telephone conference with judge's law clerk and JA re: best practice before Judge Jury; on their recommendations - prepare and circulate draft Motion & Order to Impose Stay and Request for Hearing; | 6.5 | PJS | $ 125.00 | $ | 812.50 |
| 3/9/2016 | e-mail correspondence with Mr. Cruz re: draft Motion/Order; draft/revise Motion to Impose the Automatic Stay, Declaration, Proposed Order, & Notice of Lodgment, with Application to Shorten Notice, Declaration, Proposed Order, & Notice of Lodgment; forward all to Mr. Cruz for review; assemble, prepare & efile Motion to Impose the Automatic Stay, Declaration, Proposed Order, & Notice of Lodgment, with Application to Shorten Notice, Declaration, Proposed Order, & Notice of Lodgment; download and forward copy of filed pleadings, NEF, & LOU to Cruz, Nesson, & Olsen | 2.8 | PJS | $ 125.00 | $ | 350.00 |
| 3/10/2016 | e-mail correspondence with Mr. Cruz re: Rejection of Order Reimposing Stay; download and review Order; e-mail correspondence with Cruz, Nesson, & Olsen re: Order as non-issue | 0.5 | PJS | $ 125.00 | $ | 62.50 |
| 3/15/2016 | e-mail correspondence with Cruz & Nesson to request copies of pleadings/orders from MD proceedings, correspondence with Conwell, and invoices | 0.2 | PJS | $ 125.00 | $ | 25.00 |
| 3/18/2016 | receive and review requested documents from Nesson | 0.8 | PJS | $ 125.00 | $ | 100.00 |
| 3/22/2016 | research & download Motion for Contempt and Sanctions exemplars & local opinions | 2.1 | PJS | $ 125.00 | $ | 262.50 |
| 3/23/2016 | assemble, review & organize all potential exhibits for deficiencies/missing pages | 2.4 | PJS | $ 125.00 | $ | 300.00 |



| Date | Description | Hours | Staff | Rate | | Amount |
|---|---|---|---|---|---|---|
| 3/25/2016 | prepare outline/organize exhibits for Motion for Contempt & Sanctions | 3.2 | PJS | $ 125.00 | $ | 400.00 |
| 3/28/2016 | draft/revise Motion for Contempt and Sanctions | 3.6 | PJS | $ 125.00 | $ | 450.00 |
| 3/29/2016 | e-mail correspondence with Mr. Nesson re: missing documents and gaps in timeline; download and review Maryland divorce docket and Court of Special Appeals docket; review/revise timeline; draft Motion for Contempt & Sanctions; e-mail correspondence with Mr. Olsen re: supporting documents; receipt/review of same | 3.3 | PJS | $ 125.00 | $ | 412.50 |
| 3/31/2016 | draft/revise Motion for Contempt and Sanctions | 7.6 | PJS | $ 125.00 | $ | 950.00 |
| | **March 2016 Total** | **39.4** | PJS | **$ 125.00** | **$** | **4,925.00** |
| 4/1/2016 | email correspondence with Mr. Cruz & Mr. Olsen re: supplemental documents/potential exhibits; draft/revise Motion for Contempt & Sanctions | 4.9 | PJS | $125.00 | | $612.50 |
| 4/3/2016 | draft/revise Motion for Contempt & Sanctions; forward draft to Messrs. Cruz, Nesson, & Olsen for review, comments, etc.; request copies of bills/invoices to prove damages | 3.7 | PJS | $125.00 | | $462.50 |
| 4/4/2016 | review/revise Motion for Contempt & Sanctions; draft/revise Cruz, Nesson & Olsen declarations; forward declarations to Cruz & Nesson for review/execution; prepare, revise, assemble, & redact exhibits; telephone conference and e-mail correspondence with Mr. Cruz re: billing & invoices; export & forward StarrParalegals invoices to Mr. Cruz for inclusion with Cruz' invoices; | 7.2 | PJS | $125.00 | | $900.00 |
| 4/5/2016 | email correspondence with Messrs. Cruz, Nesson, & Olsen re: COSA status; revise & return Nesson Declaration for approval & execution; revise Motion for Contempt & Sanctions per comments/notes from Cruz & Nesson; draft/revise Olsen declaration; forward to Mr. Olsen for review & execution; draft/revise proposed Show Cause Order and Notice of Lodgment; email correspondence with Mr. Nesson re: putting COSA 'on notice'; finalize and number exhibits; draft proof(s)of service; forward Motion for Contempt & | 8.7 | PJS | $125.00 | | $1,087.50 |

| Date | Description | Hours | Atty | Rate | Amount |
|---|---|---|---|---|---|
| | Sanctions, Show Cause Order and Notice of Lodgment to Mr. Cruz for review and approval | | | | |
| 4/6/2016 | email correspondence with Mr. Cruz re: approval to file; assemble, prepare & e-file Motion for Contempt & Sanctions/Declarations/Exhibits and Notice of Lodgment re: Show Cause Order; upload Show Cause Order; download and forward copies of filed pleadings, NEF, & LOU to Cruz, Nesson, & Olsen; t/c COSA clerk re: protocol for submitting notice of bankruptcy; extensive e-mail correspondence with Mr. Nesson re: notice to COSA; | 1.2 | PJS | $125.00 | $150.00 |
| 4/7/2016 | e-mail correspondence with Mr. Nesson re: COSA briefing schedule | 0.1 | PJS | $125.00 | $12.50 |
| 4/8/2016 | extensive e-mail correspondence with Mr. Cruz & Mr. Nesson re: submitting some form of notice to COSA | 0.5 | PJS | $125.00 | $62.50 |
| 4/15/2016 | email correspondence with Messrs. Cruz, Nesson, & Olsen re: entry of Show Cause Order; draft/revise Notice of Hearing re: Show Cause; forward to Mr. Cruz for review & approval; assemble & e-file Notice; download and forward copy of filed pleading & NEF to all | 1 | PJS | $125.00 | $125.00 |
| | **April 2016 Total** | **27.3** | **PJS** | **$125.00** | **$3,412.50** |
| 5/13/2016 | email correspondence with Cruz, Nesson & Olsen re: Conwell's failure to file required documents in the Appellate case and dismissal of same | 0.3 | PJS | $125.00 | $37.50 |
| 5/24/2016 | telephone conference with Mr. Cruz re: hearing; email correspondence with Cruz & Olsen re: proposed order | 0.5 | PJS | $125.00 | $62.50 |
| 5/26/2016 | email correspondence with Mr. Cruz re: terms of order granting sanctions; request updated bills/invoices for declaration in support of attorneys' fees | 0.2 | PJS | $125.00 | $25.00 |
| | **May 2016 Total** | **1** | **PJS** | **$125.00** | **$125.00** |
| 6/2/2016 | email correspondence with Mr. Cruz re: Conwell's continuing antics and status of fees declarations for sanctions order | 0.5 | PJS | $125.00 | $62.50 |
| 6/7/2016 | receipt/review of recent Conwell filings; | 0.5 | PJS | $125.00 | $62.50 |



| Date | Description | Hours | Atty | Rate | Amount |
|---|---|---|---|---|---|
| 6/8/2016 | email correspondence with Mr. Cruz re: request for transcript; telephone conference with chambers re: deadline for submission of proposed order - advised that matter set for 6/10 calendar; email correspondence with Mr. Cruz re: calendar; telephone conference with chambers re: hearing calendar; advise Mr. Cruz that chambers had misspoken; email correspondence with Mr. Nesson re: Conwell and request information for declaration of attorneys fees; | 0.9 | PJS | $125.00 | $112.50 |
| 6/9/2016 | email correspondence with Mr. Cruz re: proposed language for order; | 0.2 | PJS | $125.00 | $25.00 |
| 6/16/2016 | submit transcript request | 0.1 | PJS | $125.00 | $12.50 |
| 6/20/2016 | receipt/review of recent Conwell filings; email correspondence with court reporter | 0.6 | PJS | $125.00 | $75.00 |
| 6/22/2016 | receipt/review of transcript; forward to Mr. Cruz & Mr. Nesson | 0.3 | PJS | $125.00 | $37.50 |
| 6/23/2016 | receipt/review of updated billing from Mr. Nesson | 0.2 | PJS | $125.00 | $25.00 |
| 6/24/2016 | email correspondence with Mr. Cruz, Nesson, & Olsen re: CSA Order Granting Conwell Motion to Reconsider | 0.3 | PJS | $125.00 | $37.50 |
| 6/27/2016 | receipt/review of updated billing from Cruz; email correspondence with Mr. Nesson & Cruz re: Conwell's attempts to file lien for post-discharge liability | 0.5 | PJS | $125.00 | $62.50 |
| 6/30/2016 | draft order granting sanctions; review LBRs re: attorneys' fees declarations; draft/revise Cruz & Nesson declarations re: attorneys' fees | 2.7 | PJS | $125.00 | $337.50 |
| | **June 2016 Total** | **6.8** | **PJS** | **$125.00** | **$850.00** |
| 7/8/2016 | e-mail correspondence with Mr. Nesson and Mr. Cruz re: status of MD appeal | 0.2 | PJS | $125.00 | $25.00 |
| 7/10/2016 | review/revise proposed order; discuss points of law with outside counsel | 1.1 | PJS | $125.00 | $137.50 |
| 7/15/2016 | review/revise proposed order & declarations | 0.7 | PJS | $125.00 | $87.50 |
| 7/27/2016 | telephone conference with Mr. Cruz re: correspondence from Mr. Olsen and status of proposed order; review/revise proposed order & declarations | 2.4 | PJS | $125.00 | $300.00 |
| | **July 2016 Total** | **4.4** | **PJS** | **$125.00** | **$550.00** |
| | **TOTAL** | **113.9** | **PJS** | **$ 125.00** | **$14,237.5** |

***Jason B. Cruz, Attorney***

| Date | Task | Time | User | Rate | Total |
|---|---|---|---|---|---|
| 1/22/2016 | Telephonic conversation with Olsen regarding reopen Of bankruptcy case; review law and advise Olsen of Options | 1.5 | JBC | 375 | 562.5 |
| 1/27/2016 | Review email from Starr; reply | .25 | JBC | 375 | 93.75 |
| 2/[illegible]2016 | Review email from Starr; reply | .25 | JBC | 375 | 93.75 |
| 2/[illegible]/2016 | Review email from Starr; reply | .25 | JBC | 375 | 93.75 |
| 2/25/2016 | Review motion to reopen and declarations, comments on JBC declaration; reply to Starr | 1 | JBC | 375 | 375 |
| 2/[illegible]/2016 | Review email from Starr; reply | .25 | JBC | 375 | 93.75 |
| 3/[illegible]2016 | Review email from Starr re: local rules, forms etc.; Review declarations, comment and reply to Starr | 1 | JBC | 375 | 375 |
| 3/[illegible]2016 | Review Motion/Order; draft/revise Motion to Impose The Automatic Stay, Declaration, Proposed Order, & Notice of Lodgment, with Application to Shorten Notice, Declaration, Proposed Order, & Notice of Lodgment; advise paralegal on changes | 2.5 | JBC | 375 | 937.5 |
| 3/[illegible]5/2016 | Review email from Starr; reply | .25 | JBC | 375 | 93.75 |
| 4/[illegible]2016 | Review Motion for contempt and sanctions; review Declaration and comment and propose changes; email reply to Starr | 1.5 | JBC | 375 | 562.5 |
| 4/06/2016 | Email correspondence with Jeff Nesson regarding MD Court of Appeals case *Conwell Law v. In Rem: Assets and Property of Dennis Olsen* | .25 | JBC | 375 | 93.75 |
| 4/07/2016 | Review correspondence from the MD Court of Appeal and email correspondence from Nesson | .25 | JBC | 375 | 93.75 |



| Date | Task | Time | User | Rate | Total |
|---|---|---|---|---|---|
| 4/08/2016 | Review order from the MD Court of Appeal and Email correspondence from Nesson | .25 | JBC | 375 | 93.75 |
| 4/15/2016 | Email and telephonic correspondence with Olsen Re: OSC Hearing and attendance | .25 | JBC | 375 | 93.75 |
| 5/05/2016 | Email correspondence with Olsen and Marianne Lee of MD State Bar Re: grievance filed by Olsen against Conwell Law; documents forwarded | .25 | JBC | 375 | 93.75 |
| 5/13/2016 | Review MD Court of Appeal Order to Show Cause As to Why Case Should Not Be Dismissed; email | .25 | JBC | 375 | 93.75 |
| | correspondence with Nesson | .25 | JBC | 375 | 93.75 |
| 5/24/2016 | Attend OSC Hearing; email and telephonic correspondence with Olsen; email correspondence with Nesson | 2 | JBC | 375 | 750 |
| 5/25/2016 | Email correspondence with Nesson Re: Conwell's Motion to Reconsider with MD Court of Appeals | .25 | JBC | 375 | 93.75 |
| 6/02/2016 | Review Conwell's Motion to reconsider, email Correspondence with Nesson | .5 | JBC | 375 | 187.5 |
| 6/07/2016 | Review Nesson's Response to Conwell's Motion to Reconsider with the MD Court of Appeals; execute declaration in support of Response; email correspondence with Nesson | .5 | JBC | 375 | 187.5 |
| 6/08/2016 | Correspondence with Starr Re: Order and drafting Order in light of Conwell's continued prosecution of Appeal in MD Court of Appeals | .5 | JBC | 375 | 187.5 |
| 6/20/2016 | Review Conwell's Reply to Olsen's Response to Motion to Reconsider; email correspondence with Nesson; telephonic correspondence with Olsen and Star | .5 | JBC | 375 | 187.5 |
| 6/21/2016 | Email correspondence with Olsen re: status of the case | .25 | JBC | 375 | 93.75 |
| 7/8/2016 | Email and telephonic correspondence with Nesson and Re: MD Court of Appeal and finalization of order | 1 | JBC | 375 | 375 |
| 8/10/2016 | draft order granting sanctions; review LBRs re: attorneys' fees declarations; review declarations and finalize billing exhibit | 2 | JBC | 375 | 750 |
| | **Totals:** | **18** | **JBC** | **375** | **6,750** |

***Reimbursable Expenses***

| Item | Month | Amount |
|---|---|---|
| PACER FEES | Aug | $5.30 |
| Copy Costs (MD Records) | | $199.00 |
| PACER FEES | Feb | $10.90 |
| PACER FEES | Mar | $ 18.90 |
| PACER FEES | Apr | $25.20 |
| PACER FEES | June | $0.80 |
| Transcript Fee | | $68.50 |
| **TOTAL COSTS** | | **$328.60** |



LAW OFFICES OF JEFFREY P. NESSON
11421 REISTERSTOWN RD
OWINGS MILLS, MD 21117
NESLAW1@AOL.COM

Invoice submitted to:
Dennis Olsen

April 05, 2016

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/21/2015 | JPN | email with Starr and Olsen, initial review of Motion to enforce attorney lien | 2.00<br>250.00/hr | 500.00 |
| 8/24/2015 | JPN | review of motion, research and drafting of motion | 6.50<br>250.00/hr | 1,625.00 |
| 8/25/2015 | JPN | final review and filing of Answer to Motion | 1.20<br>250.00/hr | 300.00 |
| 9/11/2015 | JPN | research POC cases, email with client and with Starr, Preparation of motion for sanctions (actual time 4 hours) | 2.50<br>250.00/hr | 625.00 |
| 10/1/2015 | JPN | email from Conwell and response, review motion from Conwell | 1.00<br>250.00/hr | 250.00 |
| 9/30/2015 | JPN | review motion for extension of time, email with client | 0.75<br>250.00/hr | 187.50 |
| 11/29/2015 | JPN | review motions, read cases/statutes, review bankruptcy documents, Preparation of argument | 4.00<br>250.00/hr | 1,000.00 |
| 11/30/2015 | JPN | anticipated time for argument in Annapolis | 3.00<br>250.00/hr | 750.00 |
| | | For professional services rendered | 20.95 | $5,237.50 |

LAW OFFICES OF JEFFREY P. NESSON
11421 REISTERSTOWN RD
OWINGS MILLS, MD 21117
NESLAW1@AOL.COM

Invoice submitted to:
Dennis Olsen

September 6, 2016

Invoice #10351

Professional Services

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 5/23/2016 | review of Motion for reconsideration of dismissal of appeal | 1.00<br>250.00/hr | 250.00 |
| | review of motion to reconsider order of dismissal filed by Conwell | 0.75<br>250.00/hr | 187.50 |
| 5/31/2016 | preparation of answer to motion to reconsider dismissal of appeal | 1.00<br>250.00/hr | 250.00 |
| 6/1/2016 | response to Motion for reconsideration | 1.50<br>250.00/hr | 375.00 |
| | review of Conwell 12 page motion to strike Olsen answer to Motion to reconsider | 1.50<br>250.00/hr | 375.00 |
| | research cases cited by Conwell and preparation of Answer to Motion to Strike Osen Response | 3.50<br>250.00/hr | 875.00 |
| 6/2/2016 | review of Conwell Motion to strike | 2.00<br>250.00/hr | 500.00 |
| | review cases, prepare response to Motion to strike, preparation of affidavit | 3.00<br>250.00/hr | 750.00 |
| 6/16/2016 | review of Conwell reply in support of Appellant's motion for reconsideration of the order of dismissal and response to order for show cause | 0.50<br>250.00/hr | 125.00 |
| | For professional services rendered | 14.75 | $3,687.50 |
| | Previous balance | | $1,237.50 |





| | Amount |
|---|---|
| Balance due | $4,925.00 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 3,687.50 | 0.00 | 0.00 | 0.00 | 1,237.50 |

Restatement of billed Professional Services

| Date | Description | Hrs/Rate |
|---|---|---|
| 8/21/2015 | email with Starr and Olsen, initial review of Motion to enforce attorney lien | 2.00<br>250.00/hr |
| 8/24/2015 | review of motion, research and drafting of motion | 6.50<br>250.00/hr |
| 8/25/2015 | final review and filing of Answer to Motion | 1.20<br>250.00/hr |
| 9/11/2015 | research POC cases, email with client and with Starr, Preparation of motion for sanctions (actual time 4 hours) | 2.50<br>250.00/hr |
| 9/30/2015 | review motion for extension of time, email with client | 0.75<br>250.00/hr |
| 10/1/2015 | email from Conwell and response, review motion from Conwell | 1.00<br>250.00/hr |
| 11/29/2015 | review motions, read cases/statutes, review bankruptcy documents, Preparation of argument | 4.00<br>250.00/hr |
| 11/30/2015 | anticipated time for argument in Annapolis | 3.00<br>250.00/hr |

Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| JPN2 | 14.75 | 250.00 | $3,687.50 |