| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| LAW OFFICE OF JASON B. CRUZ<br>JASON B. CRUZ (SBN 203133)<br>18 E. State Street, Suite 203<br>Redlands, California 92373<br>Telephone: (909) 792-4400<br>Facsimile: (909) 792-1144<br>Email: jcruz@jcruzlaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Debtor/Movant | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>Dennis Keith Olsen and Susan Joan Kendall-Olsen,<br><br>Debtor(s) | CASE NO.: 6:14-bk-23600-MJ<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br><br>MOTION TO REOPEN CASE TO FILE MOTION FOR CONTEMPT AND SANCTIONS AGAINST SCOTT A. CONWELL, ESQ. and CONWELL LAW, LLC, a Maryland Limited Liability Company, FOR VIOLATION OF THIS COURT'S SEPTEMBER 12, 2016 "*ORDER FINDING SCOTT A. CONWELL, ESQ. IN CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION AND GRANTING DEBTOR'S MOTION FOR SANCTIONS*" [DOCKET #48] |

PLEASE TAKE NOTE that the order titled <u>ORDER GRANTING MOTION TO REOPEN CASE TO FILE MOTION FOR CONTEMPT AND SANCTIONS AGAINST SCOTT A. CONWELL, ESQ. and CONWELL LAW, LLC, a Maryland Limited Liability Company, FOR VIOLATION OF THIS COURT'S SEPTEMBER 12, 2016 "ORDER FINDING SCOTT A. CONWELL, ESQ. IN CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION AND GRANTING DEBTOR'S MOTION FOR SANCTIONS" [DOCKET #48]</u> was lodged on March 5, 2016 and is attached. This order relates to the motion which is docket number **52**.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

1  LAW OFFICE OF JASON B. CRUZ
   JASON B. CRUZ (SBN 203133)
2  18 E. State Street, Suite 203
   Redlands, California 92373
3  Telephone: (909) 792-4400
   Facsimile: (909) 792-1144
4  Email: jcruz@jcruzlaw.com

*Counsel for Debtor/Movant Dennis Keith Olsen*

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
[RIVERSIDE DIVISION]**

| | |
|---|---|
| DENNIS KEITH OLSEN,<br><br>      Debtor / Movant,<br><br>vs.<br><br>SCOTT A. CONWELL, ESQ., and CONWELL LAW, LLC, a Maryland Limited Liability Company.<br><br>      Respondents. | CASE NO.: 6:14-bk-23600-MJ<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION TO REOPEN CASE TO FILE MOTION FOR CONTEMPT AND SANCTIONS AGAINST SCOTT A. CONWELL, ESQ. and CONWELL LAW, LLC, a Maryland Limited Liability Company, FOR VIOLATION OF THIS COURT'S SEPTEMBER 12, 2016 "*ORDER FINDING SCOTT A. CONWELL, ESQ. IN CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION AND GRANTING DEBTOR'S MOTION FOR SANCTIONS*" [DOCKET #48]** |

The Court having reviewed and considered the Debtor / Movant's MOTION TO REOPEN CASE TO FILE MOTION FOR CONTEMPT AND SANCTIONS AGAINST SCOTT A. CONWELL, ESQ. and CONWELL LAW, LLC, a Maryland Limited Liability Company, FOR VIOLATION OF THIS COURT'S SEPTEMBER 12, 2016 "*ORDER FINDING SCOTT A. CONWELL, ESQ. IN CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION AND GRANTING DEBTOR'S MOTION FOR SANCTIONS*" [DOCKET #48] ("Motion") (See Docket #52), and finding that the Motion was properly noticed, and no timely objection has been filed, and finding good cause therein,

**IT IS HEREBY ORDERED:**

1.      The above-entitled bankruptcy case is **REOPENED** for the purpose of allowing Debtor / Movant to file a MOTION FOR CONTEMPT AND SANCTIONS AGAINST SCOTT A. CONWELL, ESQ. and CONWELL LAW, LLC, a Maryland Limited Liability Company, FOR

1  VIOLATION OF THIS COURT'S SEPTEMBER 12, 2016 "*ORDER FINDING SCOTT A. CONWELL, ESQ.*

2  *IN CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION AND GRANTING DEBTOR'S*

3  *MOTION FOR SANCTIONS*" [DOCKET #48] ("Motion for Contempt"); and

4      2.    Debtor / Movant must file the Motion for Contempt within 30 days of entry of this

5  Order.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
18 E. State Street, Suite 203-1, Redlands, CA 92373

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 5, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jason B Cruz jcruz@jcruzlaw.com
Scott A Conwell scott@conwellusa.com
Marian Garza ecfnotices@ascensioncapitalgroup.com
Marisol A Nagata & Darlene C Vigil cdcaecf@bdfgroup.com
Karl T Anderson (TR) edansie@hotmail.com, kanderson@ecf.epiqsystems.com
United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:  On March 5, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Scott A. Conwell, Esq., Conwell Law LLC, 2411 Crofton Lane Suite 2A, Crofton MD 21114
Hon. Meredith A. Jury, 3420 Twelfth Street, Suite 325, Riverside, CA 92501-3819

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 5, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Scott A. Conwell, Esq. scott@conwellusa.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 5, 2018 | Jason B. Cruz, Esq. | /s/ Jason B. Cruz |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                Page 2                F 9021-1.2.BK.NOTICE.LODGMENT