```
LAW OFFICE OF JASON B. CRUZ
JASON B. CRUZ (SBN 203133)
18 E. State Street, Suite 203
Redlands, California 92373
Telephone: (909) 792-4400
Facsimile: (909) 792-1144
Email: jcruz@jcruzlaw.com
```

*Counsel for Debtor/Movant Dennis Keith Olsen*

**FILED & ENTERED**

**MAR 06 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
[RIVERSIDE DIVISION] CHANGES MADE BY COURT**

| | |
|---|---|
| DENNIS KEITH OLSEN,<br><br>           Debtor / Movant,<br><br>vs.<br><br>SCOTT A. CONWELL, ESQ., and CONWELL LAW, LLC, a Maryland Limited Liability Company.<br><br>           Respondents. | CASE NO.: 6:14-bk-23600-MJ<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION TO REOPEN CASE TO FILE MOTION FOR CONTEMPT AND SANCTIONS AGAINST SCOTT A. CONWELL, ESQ. and CONWELL LAW, LLC, a Maryland Limited Liability Company, FOR VIOLATION OF THIS COURT'S SEPTEMBER 12, 2016 "*ORDER FINDING SCOTT A. CONWELL, ESQ. IN CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION AND GRANTING DEBTOR'S MOTION FOR SANCTIONS*" [DOCKET #48]** |

The Court having reviewed and considered the Debtor / Movant's MOTION TO REOPEN CASE TO FILE MOTION FOR CONTEMPT AND SANCTIONS AGAINST SCOTT A. CONWELL, ESQ. and CONWELL LAW, LLC, a Maryland Limited Liability Company, FOR VIOLATION OF THIS COURT'S SEPTEMBER 12, 2016 "*ORDER FINDING SCOTT A. CONWELL, ESQ. IN CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION AND GRANTING DEBTOR'S MOTION FOR SANCTIONS*" [DOCKET #48] ("Motion") (See Docket #52), and finding that the Motion was properly noticed, and no timely objection has been filed, and finding good cause therein,

**IT IS HEREBY ORDERED:**

1.    The above-entitled bankruptcy case is **REOPENED** for the purpose of allowing Debtor / Movant to file a MOTION FOR CONTEMPT AND SANCTIONS AGAINST SCOTT A. CONWELL, ESQ. and CONWELL LAW, LLC, a Maryland Limited Liability Company, FOR

VIOLATION OF THIS COURT'S SEPTEMBER 12, 2016 "*ORDER FINDING SCOTT A. CONWELL, ESQ. IN CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION AND GRANTING DEBTOR'S MOTION FOR SANCTIONS*" [DOCKET #48] ("Motion for Contempt"); and

2.  Debtor / Movant must file the Motion for ~~Contempt~~ **Issuance of OSC re Contempt** within 30 days of entry of this Order. **Debtor must comply with Local Bankruptcy Rule 9020-1 in all respects.**

###

Date: March 6, 2018

Meredith A. Jury
United States Bankruptcy Judge