United States Bankruptcy Court
Central District of California

In re:                                                                         Case No. 14-23600-MJ
Dennis Keith Olsen                                                             Chapter 7
Susan Joan Kendall-Olsen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6        User: smalcolmC        Page 1 of 1        Date Rcvd: Mar 06, 2018
                            Form ID: pdf042        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2018.
db              +Dennis Keith Olsen,    3711 Fox Plain Rd.,    Corona, CA 92882-8702
jdb            #+Susan Joan Kendall-Olsen,    9329 Amazon Dr.,    New Port Richey, FL 34655-1663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2018 at the address(es) listed below:
              Darlene C Vigil    on behalf of Interested Party    Courtesy NEF cdcaecf@bdfgroup.com
              Jason B Cruz    on behalf of Joint Debtor Susan Joan Kendall-Olsen jcruz@jcruzlaw.com,
               pjstarr@starrparalegals.com
              Jason B Cruz    on behalf of Debtor Dennis Keith Olsen jcruz@jcruzlaw.com,
               pjstarr@starrparalegals.com
              Karl T Anderson (TR)    edansie@hotmail.com, kanderson@ecf.epiqsystems.com
              Marian Garza    on behalf of Creditor    Exeter Finance Corp. ecfnotices@ascensioncapitalgroup.com
              Marisol A Nagata    on behalf of Creditor    Nationstar Mortgage, LLC cdcaecf@bdfgroup.com
              Scott A Conwell    on behalf of Creditor    Conwell Law LLC scott@conwellusa.com
              United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
                                                                                             TOTAL: 8

| | |
|---|---|
| LAW OFFICE OF JASON B. CRUZ<br>JASON B. CRUZ (SBN 203133)<br>18 E. State Street, Suite 203<br>Redlands, California 92373<br>Telephone: (909) 792-4400<br>Facsimile: (909) 792-1144<br>Email: jcruz@jcruzlaw.com<br><br>*Counsel for Debtor/Movant Dennis Keith Olsen* | **FILED & ENTERED**<br><br>MAR 06 2018<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY hawkinso DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**[RIVERSIDE DIVISION]**    CHANGES MADE BY COURT

| | |
|---|---|
| DENNIS KEITH OLSEN,<br><br>            Debtor / Movant,<br><br>vs.<br><br>SCOTT A. CONWELL, ESQ., and CONWELL LAW, LLC, a Maryland Limited Liability Company.<br><br>            Respondents. | CASE NO.: 6:14-bk-23600-MJ<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION TO REOPEN CASE TO FILE MOTION FOR CONTEMPT AND SANCTIONS AGAINST SCOTT A. CONWELL, ESQ. and CONWELL LAW, LLC, a Maryland Limited Liability Company, FOR VIOLATION OF THIS COURT'S SEPTEMBER 12, 2016 "*ORDER FINDING SCOTT A. CONWELL, ESQ. IN CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION AND GRANTING DEBTOR'S MOTION FOR SANCTIONS*" [DOCKET #48]** |

The Court having reviewed and considered the Debtor / Movant's MOTION TO REOPEN CASE TO FILE MOTION FOR CONTEMPT AND SANCTIONS AGAINST SCOTT A. CONWELL, ESQ. and CONWELL LAW, LLC, a Maryland Limited Liability Company, FOR VIOLATION OF THIS COURT'S SEPTEMBER 12, 2016 "*ORDER FINDING SCOTT A. CONWELL, ESQ. IN CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION AND GRANTING DEBTOR'S MOTION FOR SANCTIONS*" [DOCKET #48] ("Motion") (See Docket #52), and finding that the Motion was properly noticed, and no timely objection has been filed, and finding good cause therein,

**IT IS HEREBY ORDERED:**

1. The above-entitled bankruptcy case is **REOPENED** for the purpose of allowing Debtor / Movant to file a MOTION FOR CONTEMPT AND SANCTIONS AGAINST SCOTT A. CONWELL, ESQ. and CONWELL LAW, LLC, a Maryland Limited Liability Company, FOR

1  VIOLATION OF THIS COURT'S SEPTEMBER 12, 2016 *"ORDER FINDING SCOTT A. CONWELL, ESQ. IN CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION AND GRANTING DEBTOR'S MOTION FOR SANCTIONS"* [DOCKET #48] ("Motion for Contempt"); and

2. Debtor / Movant must file the Motion for ~~Contempt~~ **Issuance of OSC re Contempt** within 30 days of entry of this Order. **Debtor must comply with Local Bankruptcy Rule 9020-1 in all respects.**

### 

Date: March 6, 2018

Meredith A. Jury
United States Bankruptcy Judge

2

Order re Motion to Reopen