United States Bankruptcy Court
Central District of California

In re:
Dennis Keith Olsen
Susan Joan Kendall-Olsen
      Debtors

Case No. 14-23600-MJ
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-6         User: admin         Page 1 of 1         Date Rcvd: Apr 05, 2018
                           Form ID: pdf042        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2018.
db          +Dennis Keith Olsen,   3711 Fox Plain Rd.,   Corona, CA 92882-8702
jdb        #+Susan Joan Kendall-Olsen,   9329 Amazon Dr.,   New Port Richey, FL 34655-1663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2018 at the address(es) listed below:
          Darlene C Vigil   on behalf of Interested Party   Courtesy NEF cdcaecf@bdfgroup.com
          Jason B Cruz   on behalf of Joint Debtor Susan Joan Kendall-Olsen jcruz@jcruzlaw.com, pjstarr@starrparalegals.com
          Jason B Cruz   on behalf of Debtor Dennis Keith Olsen jcruz@jcruzlaw.com, pjstarr@starrparalegals.com
          Karl T Anderson (TR)   edansie@hotmail.com, kanderson@ecf.epiqsystems.com
          Marian Garza   on behalf of Creditor   Exeter Finance Corp. ecfnotices@ascensioncapitalgroup.com
          Marisol A Nagata   on behalf of Creditor   Nationstar Mortgage, LLC cdcaecf@bdfgroup.com
          Scott A Conwell   on behalf of Creditor   Conwell Law LLC scott@conwellusa.com
          United States Trustee (RS)   ustpregion16.rs.ecf@usdoj.gov
                                                                                                                                  TOTAL: 8

| | |
|---|---|
| 1  LAW OFFICE OF JASON B. CRUZ<br>    JASON B. CRUZ (SBN 203133)<br>2  18 E. State Street, Suite 203<br>    Redlands, California 92373<br>3  Telephone: (909) 792-4400<br>    Facsimile: (909) 792-1144<br>4  Email: jcruz@jcruzlaw.com<br><br>5  *Counsel for Debtor/Movant Dennis Keith Olsen* | **FILED & ENTERED**<br><br>APR 05 2018<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY hawkinso DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**[RIVERSIDE DIVISION]**

CHANGES MADE BY COURT

| | |
|---|---|
| DENNIS KEITH OLSEN,<br><br>            Debtor / Movant,<br><br>vs.<br><br>SCOTT A. CONWELL, ESQ., an individual, AND CONWELL LAW LLC, a Maryland Limited Liability Company,<br><br>            Respondents. | CASE NO.: 6:14-bk-23600-MJ<br><br>Honorable Meredith A. Jury<br><br>Chapter 7<br><br>**ORDER GRANTING REQUEST TO EXTEND TIME TO FILE MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE WHY SCOTT A. CONWELL, ESQ. and CONWELL LAW, LLC, a Maryland Limited Liability Company, SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR VIOLATION OF THIS COURT'S SEPTEMBER 12, 2016 "*ORDER FINDING SCOTT A. CONWELL, ESQ. IN CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION AND GRANTING DEBTOR'S MOTION FOR SANCTIONS*" [DOCKET #48]; DECLARATIONS OF DEBTOR, JASON B. CRUZ, ESQ. and JEFFREY P. NESSON, ESQ. IN SUPPORT THEREOF** |

   Upon consideration of *MOVANT'S REQUEST TO EXTEND TIME TO FILE MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE WHY SCOTT A. CONWELL, ESQ. and CONWELL LAW, LLC, a Maryland Limited Liability Company, SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR VIOLATION OF THIS COURT'S SEPTEMBER 12, 2016 "ORDER FINDING SCOTT A. CONWELL, ESQ. IN CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION AND GRANTING DEBTOR'S MOTION FOR SANCTIONS" [DOCKET #48]; DECLARATIONS OF DEBTOR, JASON B. CRUZ, ESQ. and JEFFREY P. NESSON, ESQ. IN SUPPORT THEREOF*, and for good cause shown, the Request is **GRANTED**.

1  The deadline by which Movant must file the Motion for Issuance of Order to Show Cause re
2  Contempt is hereby extended to and including **April 30** ~~13~~**, 2018**.
3  **IT IS SO ORDERED.**
4  # # #

25  Date: April 5, 2018
26  Meredith A. Jury
    United States Bankruptcy Judge

28  Order re Motion to Extend
2